# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>    Plaintiff,<br><br>v.<br><br>OCI Chandler of Delaware I LLC,<br><br>    Defendant. | No. CV-18-01542-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal With Prejudice (Doc. 17), and good cause appearing,

IT IS HEREBY ORDERED lifting the stay of proceedings pursuant to the Court's June 26, 2018 Order (Doc. 13).

IT IS FURTHER ORDERED granting the Stipulation (Doc. 17). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 4th day of October, 2018.

Honorable John J. Tuchi
United States District Judge